|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA<br>San Francisco Venue | **FILED**<br>JUL 22 2005<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT,<br>NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA              )
                                      )
          vs.                         )     Docket Number: CR 05 00281 MMC
                                      )
                                      )
MATTHEW WEISS                         )
                                      )
aka Monika Weiss                      )

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for the 17th day of August, 2005, be continued until the 14th day of September, 2005 at 2:30 p.m.

Date: JUL 22 2005          _____
                              UNITED STATES DISTRICT JUDGE

kjg

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Matthew Weiss,<br><br>        Defendant._____/ | Case Number: CR05-00281 MMC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 22, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alexis Hunter
United States Attorney's Office
450 Golden Gate Avenue, 11th floor
San Francisco, CA 94102

Brian P. Berson
Law Offices of Brian Berson
235 Montgomery Street, Suite 625
San Francisco, CA 94104

Kenneth J. Gibson
U.S. Probation Officer
450 Golden Gate Avenue
San Francisco, CA 94102

Dated: July 22, 2005

                                          Richard W. Wieking, Clerk

                                          /s/ Tracy Lucero

                                          By: Tracy Lucero, Deputy Clerk