E-Filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 05-0281 MMC |
| Plaintiff, | |
| vs. | **ORDER FOR EXONERATION OF BAIL** |
| MONIKA WEISS, | |
| Defendant. | |

Good cause appearing,

IT IS HEREBY ORDERED that bail in this case is EXONERATED. The clerk of court is hereby ordered to return the $6,000.00 deposit posted by defendant's mother, Patricia Lieber, 620 Randy Lane, Plainview, New York, 11803.

SO ORDERED:

SEP 14 2005
DATE

_____
MAXINE M. CHESNEY
UNITED STATES MAGISTRATE JUDGE